IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 DEC 23 PM 3: 01

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D TN   MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                         Cr. No.  04-20350 D

KEVIN MICKSCH,

        Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION TO WAIVE
APPEARANCE AT REPORT DATE

---

For good cause shown, defendant's request to Amend the conditions of pre Trial Release to allow travel to Kentucky from the 29th day of December, 2005 through the 2nd day of January, 2006 is hereby **GRANTED**.

It is so **ORDERED**, this the 23 day of December, 2005.

           _____
           **UNITED STATES JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20350 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT